UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOMMIA DEAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL S. OLENS, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION FILE NO.:<br>1:18-cv-04224-TCB |

## ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS OLENS, WHITLOCK AND GRIFFIN

The Joint Motion for Voluntary Dismissal with Prejudice of Defendants Olens, Whitlock, and Griffin, having been read and considered, and for good cause shown, is GRANTED. Accordingly, Defendants Olens, Whitlock, and Griffin are hereby DISMISSED WITH PREJUDICE from this action, with the parties to bear their own attorneys' fees and costs. Additionally, Defendants Ehrhart and Warren having previously been dismissed with prejudice, [Doc. 36], the Clerk of Court is DIRECTED to enter FINAL JUDGMENT and TERMINATE this action.

SO ORDERED, this 6th day of October, 2019.

_____
Timothy C. Batten, Sr.
United States District Judge

**CONSENTED TO:**

| | |
|---|---|
| s/ R. Read Gignilliat<br>R. Read Gignilliat<br>Georgia Bar No. 293390<br>Tim J. Holdsworth<br>Georgia Bar No. 730986<br>K. Tate Gray<br>Georgia Bar No. 919123<br><br>**ELARBEE, THOMPSON, SAPP**<br>    **& WILSON LLP**<br>229 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30303<br>(404) 659-6700<br>gignilliat@elarbeethompson.com<br>holdsworth@elarbeethompson.com<br>gray@elarbeethompson.com<br><br>*Counsel for Appellees/Cross Appellants* | s/ Randolph A. Mayer<br>Randolph A. Mayer<br>Georgia Bar No. 479350<br><br>**MAYER & HARPER, LLP**<br>50 Hurt Plaza SE, Suite 1640<br>Atlanta, Georgia 30303<br>(404) 584-9588<br>mayer@mayerharper.com<br><br>Bruce P. Brown<br>Georgia Bar No. 064460<br><br>**BRUCE P. BROWN LAW LLC**<br>1123 Zonolite Rd. NE Suite 6<br>Atlanta, Georgia 30306<br>(404) 881-0700<br>bbown@brucepbrownlaw.com<br><br>*Counsel for Appellant/Cross-Appellee* |